IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ABDULLAH NAJM ABDULLAH NAJM,   No. 3:17-cv-01714-SB

        Plaintiff,

  v.

CITY OF PORTLAND,   ORDER

        Defendant.

HERNANDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings and Recommendation (#23) on June 29, 2018, in which she recommends that this Court grant Plaintiff's unopposed motion for attorney's fees. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find

1 - ORDER

no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [23]. Accordingly, Plaintiff's motion for attorney's fees [16] is granted. Plaintiff is awarded $8,377.50 in attorney's fees and $504.82 in costs and expenses, for a total award of $8,882.32.

IT IS SO ORDERED.

DATED this 17 day of July, 2018.

/s/ Marco Hernandez
MARCO A. HERNANDEZ
United States District Judge